UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:           ) <br> PREMISES LOCATED AT: 6603 Crimson Lane,  ) <br> Barnhart Missouri, 63012 within the Eastern     ) <br> District of Missouri, a two-story structure with a  ) <br> tan siding and tan brick exterior, with black        ) <br> shutters, a three (3) car garage and a shingle-style ) <br> roof.  The numbers "6603" are clearly displayed on ) <br> the front porch post.                                               ) <br> (SEE ATTACHMENT A.)                                         ) <br>                                                                                   ) | Case No. 4:20 MJ 3301 NCC <br><br> **FILED UNDER SEAL** |

## **MOTION FOR SEALING ORDER**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jillian Anderson, Assistant United States Attorney for said District, and moves this Court for an order directing that the search warrant and affidavit entered by this Court be sealed until May 7, 2021, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the government provides the following facts establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

Because this investigation is ongoing and its success would be jeopardized if the contents of the affidavit were made public, the Government requests that the affidavit and the accompanying search warrant documents be sealed for the stated period of time.

WHEREFORE, for the reasons stated above, the Government respectfully requests that the search warrant, along with its application, affidavit, and return, be sealed until May 7, 2021.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/Jillian Anderson*
JILLIAN ANDERSON #53918MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO  63102
(314) 539-2200

Dated this 12th day of November 2020.

2