UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br> PREMISES LOCATED AT: 6603 Crimson Lane, Barnhart Missouri, 63012 within the Eastern District of Missouri, a two-story structure with a tan siding and tan brick exterior, with black shutters, a three (3) car garage and a shingle-style roof.  The numbers "6603" are clearly displayed on the front porch post. <br> (SEE ATTACHMENT A.) | No.  4:20 MJ 3301 NCC |

## ORDER

On motion of the United States of America, it is hereby ordered that the search warrant and affidavit and this Order issued thereto be sealed until May 7, 2021, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the government establishing that:  (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
HONORABLE NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this __12th__ day of November 2020