AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:20 MJ 3301 NCC | Date and time warrant executed:<br>11/24/2020 | Copy of warrant and inventory left with:<br>Tracey Lawson |
| Inventory made in the presence of :<br>Tracey Lawson | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached FD-597 receipt | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 27 Nov 2020

_Daniel Root_
Executing officer's signature

Special Agent Daniel Root
Printed name and title

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305T-SL-3289523

On (date): 11/24/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Tracey Lawson

(Street Address): 6603 Crimson Lane, Barnhart, MO 63012

(City):

Description of Item(s):

Room A / Office: (1) Pixel 3XL Cellphone MEID# 99001 2010564914; (1) Western Digital Hard drive SN# WXZ1A16AKXX3; (1) 8GB SD Card; (1) 32GB MicroSD Card. (1) HP Envy Desktop SN TJ1704MVMF; (1) WD Essentials Hard Drive SN WCC4E7PFUZPF; (1) WD Harddrive SN WCAZA8753997; (1) Lenovo Laptop

Kitchen / Room E: (1) White/Gold Iphone IMEI 354436065305722; (1) white/pink Iphone IC 579C-E3087A; (1) HP Laptop SN 8CG7386WJS;

Master Bedroom / Room M: (1) VHS Tape

Basement Room 1 / Basement Room S: (1) TAKARA Belmont 16B Thumb drive; (1) AZIOCOPP Mobile Drive, Model E212-531; (1) Eagle Consus external drive; (1) Acer Aspire SN PTSF502001109021423000

Basement Room 2 / Room Q - Gateway NE56R48U; Gateway Desktop DX4860-UB21P

Received By: _(Signature)_

Printed Name/Title: DAVID RAPP

Received From: Tracey Lawson (Signature)

Printed Name/Title: Tracey Lawson